# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0237
Lower Tribunal No. 2019-CF-000993-AXXX-XX

_____

PAUL GERARD FAHERTY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Ramiro Mañalich, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.


Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED